**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | | |
|---|---|---|
| STEVEN MICHEAL HUTSON, #648544 | § | |
| VS. | § | CIVIL ACTION NO. 6:07cv130 |
| DIRECTOR, TDCJ-CID | § | |

ORDER ADOPTING REPORT AND RECOMMENDATION

The Court referred the above-entitled and numbered civil action to United States Magistrate Judge Judith K. Guthrie. The Magistrate Judge presented for consideration the Magistrate Judge's Report, containing proposed findings of fact and recommendations for disposition of this case.

Respondent filed objections to the Report. This Court made a *de novo* review of Respondent's objections and determined that they lack merit.

Petitioner also filed objections to the Report, which objections assert that his early release was on mandatory supervision, not parole. The state court records clearly show that Petitioner's early release was on parole. This Court made a *de novo* review of Petitioner's objections and determined that they lack merit.

This Court finds that the Magistrate Judge's findings and conclusions are correct, and adopts them as the Court's findings and conclusions. The Court therefore

**ORDERS**, **ADJUDGES,** and **DECREES** that this action is **DISMISSED WITH PREJUDICE**;

**ORDERS** that Petitioner is **DENIED** a certificate of appealability; and

**ORDERS** that all motions not previously ruled on are denied.

**So ORDERED and SIGNED this 11th day of February, 2008.**

_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**